IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE:

Daniel William Cook, 5712                      Case No. 11-04-17704 SA
Yolanda Teresa Cook, 1822

## ORDER DENYING DEBTORS' MOTION TO COMPEL ABANDONMENT WITHOUT PREJUDICE

THIS MATTER came before the Court on August 27, 2007, on the preliminary hearing on Debtors' Motion to Compel Abandonment. Appearing were Dan Behles for Debtors; Linda Bloom for the Chapter 11 Trustee; Jay Hertz and Michelle Ostrye, representing Wells Fargo Bank; and Julie Vargas, representing the Garrett group. After being fully informed in the premises, the Court denies the Motion to Compel Abandonment without prejudice.

_____
THE HONORABLE JAMES S. STARZYNSKI
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

SUTIN, THAYER & BROWNE
A Professional Corporation


 /s/ submitted by e-mail August 28, 2007
           Michelle K. Ostrye
Attorneys for Wells Fargo Bank, N A.,
Successor to Wells Fargo Bank New Mexico, N.A.
P. O. Box 1945
Albuquerque, New Mexico 87103
(505) 883-2500

Approved:


  approved via e-mail 08/27/07  
        Linda S. Bloom
Chapter 11 Trustee
P.O. Box 218
Albuquerque, NM 87103
(505) 764-9600

HUNT & DAVIS, P.C.


By  approved via e-mail 08/28/07  
        Julie J. Vargas
Attorneys for Scott Garrett Individually and Scott Garrett and Pamela Jane Garrett, as Trustees of the Scott Garrett and Pamela Jane Garrett Family Trust dated June 13, 1999, and in their derivative capacity on behalf of Hydroscope Group, Inc.
P.O. Box 94750
Albuquerque, NM 87199-4750
(505) 881-3191

Approved as to form only:

  telephonically approved 08/28/07  
Daniel J. Behles
Attorney for Debtors
226-A Cynthia Loop NW
Albuquerque, NM 87114
(505) 217-2764

04-17704.wpd       2